# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

SHEILA LYLES; DIANE CARR;
and DEE SMITH                                              PLAINTIFFS

v.                         3:14-cv-210-DPM

CITY OF TRUMANN, ARKANSAS                                  DEFENDANT

## ORDER

The Court approves the parties' settlement agreements, № 10. Their joint motion to dismiss, № 8, is granted. Having received no objections, the Court orders the three releases unsealed. The Sanford Law Firm's bills, however, shall remain sealed. The complaint in this case is dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

11 June 2015