# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

SHEILA LYLES; DIANE CARR;
and DEE SMITH                                                     PLAINTIFFS

v.                              3:14-cv-210-DPM

CITY OF TRUMANN, ARKANSAS                                         DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

11 June 2015